**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Mark Terrance Hoychick
Hoychick & Aguillard
P. O. Drawer 391
Eunice LA 70535-0391

**REHEARING ACTION: May 21, 2008**

**Docket Number: 07   01151-CA**

**CADE HARPER HOWELL, ET AL.**
**VERSUS**
**UNION PACIFIC RAILROAD COMPANY, ET AL.**

**Appealed from EVANGELINE Parish Case No. 66186-A**

**BEFORE JUDGES:**

> **Hon. Glenn B. Gremillion**
> **Hon. Elizabeth A. Pickett**
> **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Cade Harper Howell, et al** has this day been

> **DENIED.**

cc: John Edmund McElligott  Jr., Counsel for the Appellee